**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Philip Rogers, et al.
Plaintiff,
v.
Amazon.Com, Inc.
Defendant.

Case No.: 1:26−cv−05497
Honorable Jorge L. Alonso

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 20, 2026:

MINUTE entry before the Honorable Jorge L. Alonso: Telephonic status hearing held. Telephonic motion hearing held. Plaintiffs' response to Defendants' Motion to dismiss [23] shall be filed by 9/21/26; Defendant's reply shall be filed by 110/12/26. This case is referred to the Magistrate Judge for discovery supervision, with the authority to set and extend deadlines, and a settlement conference. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.