**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PHILIP ROGERS, et al., each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-cv-05497<br><br>Honorable Jorge L. Alonso<br><br>Magistrate Judge Beth W. Jantz |

**DEFENDANT AMAZON.COM, INC.'S MOTION TO STAY DISCOVERY PENDING RESOLUTION OF AMAZON'S MOTION TO DISMISS THE COMPLAINT**

Pursuant to Rule 26(c) and (d) of the Federal Rules of Civil Procedure, Defendant Amazon.com, Inc. ("Amazon"), respectfully moves this Court for an order to stay discovery pending resolution of Amazon's Motion to Dismiss the Complaint (ECF No. 24). This motion is filed in accordance with the Court's August 31, 2026, Minute Order permitting Amazon to file a motion to stay discovery (ECF No. 29). The Parties telephonically conferred regarding Amazon's request to stay discovery, in satisfaction of Local Rule 37.2, in connection with the Parties' August 17, 2026 Joint Initial Status Report (ECF No. 26).

In support of its motion, Amazon incorporates its Memorandum of Law filed contemporaneously herewith.

**WHEREFORE**, Amazon respectfully requests that the Court enter an order staying all discovery until the resolution of Amazon's Motion to Dismiss the Complaint.

[*signature on following page*]

Dated: September 15, 2026

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Elizabeth B. Herrington*
Elizabeth B. Herrington
Zachary R. Lazar
Alborz Hassani
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
Telephone: (312) 324-1445
Facsimile: (312) 324-1001
beth.herrington@morganlewis.com
zachary.lazar@morganlewis.com
al.hassani@morganlewis.com

*Counsel for Defendant Amazon.com, Inc.*